ACCEPTED
15-25-00128-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/31/2025 5:21 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00128-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/31/2025 5:21:20 PM
CHRISTOPHER A. PRINE
~~Clerk~~

## IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

**In re Pecos Housing Finance Corporation,
Cara Turn, Maribel Alvarez, and Irene Dominguez,
*Relators.***

Original Proceeding from the 348th Judicial District Court of Tarrant
County, Texas, Hon. Megan Fahey, Presiding Judge
Cause No. 348-365425-25

## RELATORS' AGREED MOTION TO DISMISS

Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Amanda L. Reichek
Texas Bar No. 24041762
areichek@tillotsonlaw.com
Kathryn (Kassi) Yukevich
Texas Bar. No. 24133390
kyukevich@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
Phone: (214) 382-3041
Fax: (214) 292-6564
***Attorneys for Relators***

**TO THE HONORABLE COURT OF APPEALS:**

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), Relators Pecos Housing Finance Corporation ("Pecos HFC"), Cara Turn, Maribel Alvarez, and Irene Dominguez (collectively, "Relators") hereby file this *Agreed Motion to Dismiss*.

By order of today's date this Court ruled that it lacked exclusive jurisdiction over related appeal nos. 15-25-00110-CV, 15-25-00111-CV, and 15-25-00112-CV. While Relators respectfully disagree with this Court's ruling, they understand that it controls the jurisdictional determination in this original proceeding as well. In the interest of obtaining an expeditious ruling in this original proceeding, Relators are refiling this matter in the 2nd Court of Appeals. Thus, this proceeding will be duplicative of an identical proceeding pending in the 2nd Court of Appeals. For this additional reason, Relators respectfully request that this original proceeding be dismissed without prejudice.

Relators conferred with counsel for Real Party in Interest prior to filing this motion. Real Party is unopposed to the requested relief.

For these reasons, Relators ask this Court to grant this motion to dismiss without prejudice, with each party to bear its own costs on appeal.

Dated: July 31, 2025

Respectfully submitted,

/s/ Jeffrey M. Tillotson
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Amanda L. Reichek
Texas Bar No. 24041762
areichek@tillotsonlaw.com
Kathryn (Kassi) Yukevich
Texas Bar. No. 24133390
kyukevich@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
Phone: (214) 382-3041
Fax: (214) 292-6564
***Attorneys for Relators***

**CERTIFICATE OF CONFERENCE**

In accordance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on July 31, 2025 the undersigned conferred with counsel for Real Party in Interest, who indicated that Real Party is not opposed to the relief requested herein.

*/s/ Kathryn (Kassi) Yukevich*
Kathryn (Kassi) Yukevich

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed and served on all counsel of record by electronic filing on this 31st day of July, 2025, in accordance with the Texas Rules of Appellate Procedure, and will be served on Respondent by email and electronic service.

Wayne K. Olson
Texas Bar No. 15276900
wolson@toase.com
Tammy Ardolf
Texas Bar No. 90001536
tardolf@toase.com
Marc A. Cavazos
Texas Bar No. 24128683
mcavazos@toase.com
**TAYLOR, OLSON, ADKINS, SRALLA, & ELAM, L.L.P.**
6000 Western Place, Suite 200
Fort Worth, Texas 76107-3654
Telephone: 817.332.2580
Facsimile: 817.332.4740

**Counsel for Real Party in Interest**

Honorable Megan Fahey
District Court for the 348th
Judicial District of Tarrant
County, Texas
Tom Vandergriff Civil Courts
Building
3rd Floor
100 North Calhoun Street
Fort Worth, TX 76196

**Respondent**

/s/ *Jeffrey M. Tillotson*
Jeffrey M. Tillotson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Reichek on behalf of Amanda Reichek
Bar No. 24041762
areichek@tillotsonlaw.com
Envelope ID: 103845406
Filing Code Description: Motion
Filing Description: Agreed Motion to Dismiss
Status as of 8/1/2025 7:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeffrey MTillotson | | jtillotson@tillotsonlaw.com | 7/31/2025 5:21:20 PM | SENT |
| Wayne Olson | 15276900 | wolson@toase.com | 7/31/2025 5:21:20 PM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 7/31/2025 5:21:20 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 7/31/2025 5:21:20 PM | SENT |
| Kassi Yukevich | | kyukevich@tillotsonlaw.com | 7/31/2025 5:21:20 PM | SENT |
| NANCY BENTLEY | | ndbentley@tarrantcountytx.gov | 7/31/2025 5:21:20 PM | SENT |
| Marc Cavazos | | mcavazos@toase.com | 7/31/2025 5:21:20 PM | SENT |
| Tammy Ardolf | | tardolf@toase.com | 7/31/2025 5:21:20 PM | SENT |
| Natalee Maxwell | | nmaxwell@toase.com | 7/31/2025 5:21:20 PM | SENT |
| Jim Evans | | jevans@lsejlaw.com | 7/31/2025 5:21:20 PM | SENT |
| Liz Hansen | | lansen@lsejlaw.com | 7/31/2025 5:21:20 PM | SENT |
| Eric Ruiz | | eruiz@lsejlaw.com | 7/31/2025 5:21:20 PM | SENT |
| Amanda Reichek | | areichek@tillotsonlaw.com | 7/31/2025 5:21:20 PM | SENT |
| Sean Wallace | | swallace@tillotsonlaw.com | 7/31/2025 5:21:20 PM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 7/31/2025 5:21:20 PM | SENT |